AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 030

**SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,**

v.

**GERALD NELSON**

TO:
**GERALD NELSON**
**18 S. Joseph Street**
**Westerly, RI 02891**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 1/27/05

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE Febuary 19, 2005 |
|---|---|
| NAME OF SERVER Alfred J. Harris Authorized Federal Process Server | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Margaret Nelson (wife)

☐ Returned unexecuted

☐ Other (specify)

### STATEMENT OF SERVICE FEES

| TRAVEL 25.00 | SERVICES 50.00 | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/19/05
Date

[signature]
Signature of Server

ALFRED J. HARRIS
P.O. BOX 1107
PAWTUCKET, RI 02862
Address of Server

Alfred J. Harris
Authorized Federal Process Server

[signature]

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 APR 21 P 3:35

FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.